*EX PARTE* STONES RIVER NATIONAL BANK.

(Decided February 5, 1914.)

CERTIORARI to Court of Appeals.

M. K. CLEMENTS, and SANDERS & THACH, for appellant. WALL & RANKIN, and W. R. WALKER, for appellee.

Per curiam. Certiorari to review judgment and decision of the Court of Appeals in the case of *Stones R. N. Bank v. Lerman M. Co.*, 9 Ala. App. 322; 63 South. 776. Writ denied.

---

JEFFERSON FERTILIZER COMPANY v. NEWSOME.

(Decided February 12, 1914.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

ESTES, JONES & WELSH, for appellant. T. T. HUEY, and WILLIAM H. McENIRY, for appellee.

Per curiam. Appeal dismissed by agreement.

---

JEFFERSON RENTAL CO. *ET AL* v. HOBLITZELLE *ET AL.*

(Decided January 14, 1914.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

No counsel marked for either party.

Per curiam. Appeal dismissed without prejudice.

---

LOEB v. BRASSELL.

(Decided January 22, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

J. T. STOKELEY, E. T. GRAHAM, C. H. ROQUEMORE, and STEINER, CRUM & WEIL, for appellant. W. H. & J. R. THOMAS, and HILL, HILL, WHITING & STERN, for appellee.

Per curiam. Appeal dismissed.